# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard James Hettler

Plaintiff

v.

Sheryl Ramstad Hvass

Defendants

Case No. Civil 00-1534 PAM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for a writ of habeas corpus is dismissed without prejudice. Petitioner's motion for stay of execution is denied. Petitioner's motion for appointment of counsel is denied. Petitioner's application to proceed without prepayment of fees is denied.

DATE: September 5, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk