UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard James Hettler, Civil File No. 00-1534 (PAM/SRN)

Petitioner,

v. **ORDER**

Sheryl Ramstad Hvass,

Respondent.

---

This matter is before the Court on Petitioner's Motion to Reconsider its Order of November 8, 2000, which denied Petitioner's Motion to Vacate/Set Aside its Order of October 10, 2000. Based on all the files, records, and proceedings herein, Petitioner's motion is denied.

ACCORDINGLY, **IT IS HEREBY ORDERED** that:

Petitioner's motion (Clerk Doc. No. 21) is **DENIED**.

Dated: December 1, 2000

Paul A. Magnuson
United States District Court Judge

FILED DEC 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________